UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 29 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | SUPPRESSED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| BRAD LANE, | ) | 4:25CR549-MAL/RHH |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about October 30, 2024, in the Eastern District of Missouri,

**BRAD LANE**,

the Defendant herein, did maliciously attempt to damage and destroy by means of fire and explosive materials the building at 4335 Fyler Avenue, Saint Louis, Missouri, used in interstate commerce and engaged in activity affecting interstate commerce.

In violation of, and punishable under, Title 18, United States Code, Section 844(i).

### COUNT II

The Grand Jury further charges that:

On or about October 30, 2024, in the Eastern District of Missouri,

**BRAD LANE**,

the Defendant herein, did knowingly possess a destructive device meeting the definition of a firearm, to-wit: an incendiary device, which was not registered to the Defendant in the National Firearms Registration and Transfer Record as required by law.

In violation of Title 26, United States Code, Section 5861(d) and punishable under Title 26, United States Code, Section 5871.

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney